June 20, 1979.

417 A.2d 779

Commonwealth v. Battles, Appellant.

Submitted May 7, 1979. Bruce A. Barrett, Assistant Public Defender, for appellant; Donald E. Lewis, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgment of sentence affirmed.

417 A.2d 780

Commonwealth v. Bowser, Appellant.

Argued April 11, 1979. Richard E. Goldfinger, for appellant; Robert F. Hawk, for appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.